```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611134700
Cashier ID: nuness
Transaction Date: 06/29/2018
Payer Name: Freewheelin Atty Service
------------------------------------
MISCELLANEOUS PAPERS
 For: Dechert LLP
 Case/Party: D-CAN-4-18-MC-080114-001
 Amount:          $47.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 7282
 Amt Tendered:    $47.00
------------------------------------
Total Due:       $47.00
Total Tendered:  $47.00
Change Amt:       $0.00

DMR

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```