1  BENJAMIN ROSENBERG (*pro hac vice* pending)
   benjamin.rosenberg@dechert.com
2  DECHERT LLP
   1095 Avenue of the Americas
3  New York, NY 10036
   Telephone:  212.698.3622
4  Facsimile:  212.698.3599

5  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
6  DECHERT LLP
   One Bush Street, Suite 1600
7  San Francisco, California 94104
   Telephone:  415.262.4500
8  Facsimile:  415.262.4555

9  Attorneys for Dechert LLP.

**FILED**

JUN 29 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

IN RE APPLICATION OF DECHERT LLP,

Applicant.

Case No. CV 18 80114 MISC DMR

**DECLARATION OF BENJAMIN ROSENBERG IN SUPPORT OF DECHERT LLP'S APPLICATION FOR DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

I, Benjamin Rosenberg, declare and state as follows:

1.  I am an attorney duly admitted to practice law in the State of New York and have a *pro hac vice* application pending before this Court. I am a partner in the law firm of Dechert LLP ("Dechert"), representing Dechert in this proceeding. I am aware of the facts set forth in this declaration from information I received from attorneys in Dechert who are familiar with the firm's representation of Eurasian Natural Resources Corporation Ltd. ("ENRC"). I respectfully submit this declaration in support of Dechert's Application For Discovery For Use In A Foreign Proceeding.

2.  ENRC retained Dechert in or about April 2011 to provide legal services relating to the investigation of a whistleblower's claim that one or more ENRC subsidiaries engaged in wrongdoing. On or about March 27, 2013, ENRC terminated the retainer. Dechert wrote a letter to ENRC concerning the termination of the retainer.

3.  This letter was apparently obtained by Mr. Danny Fortson, who used it to write articles published in *The Sunday Times,* which revealed the contents of the letter.

4.  The article recounted that the letter contained allegations of ENRC misconduct, including evidence that documents had been falsified and destroyed, use of electronic wiping tools by employees, payments to African presidents, and creation of a false office.

5.  ENRC apparently believes that Dechert was the source of the leaked letter to Mr. Fortson, and has stated that it is reasonably likely to bring a claim in a pending proceeding against Dechert in the United Kingdom in relation to this leak. Dechert denies that it leaked the letter.

6.  Attached hereto as **Exhibit A** are true and correct copies of the stories published by Mr. Fortson in *The Sunday Times* based on information obtained from the leaked letter from Dechert to ENRC.

7.  Attached hereto as **Exhibit B** is a true and correct copy of the subpoena that Dechert wishes to serve on Mr. Fortson.

8.  Attached hereto as **Exhibit C** is a proposed order granting Dechert leave to conduct the requested discovery, to permit the service and enforcement of the subpoena attached hereto, and to grant further discovery in favor of Dechert as the Court deems just and appropriate.

1
2  I declare under penalty of perjury under the laws of the State of California and the United
3  States that the foregoing is true and correct and that this declaration was executed this 29th day of
4  June, 2018, in New York, New York.
5
6  Dated: _June 29, 2018
7
8  _____
   BENJAMIN ROSENBERG
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28