1  BENJAMIN ROSENBERG (*pro hac vice* pending)
   benjamin.rosenberg@dechert.com
2  DECHERT LLP
   1095 Avenue of the Americas
3  New York, NY 10036
   Telephone:    212.698.3622
4  Facsimile:    212.698.3599

5  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
6  DECHERT LLP
   One Bush Street, Suite 1600
7  San Francisco, California  94104
   Telephone:    415.262.4500
8  Facsimile:    415.262.4555

9  Attorneys for Dechert LLP.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

14  IN RE APPLICATION OF DECHERT LLP,     Case No.

15          Applicant.                     **[PROPOSED] ORDER GRANTING DECHERT LLP'S APPLICATION FOR DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

This matter having come before the Court by way of the Application of Dechert LLP for the entry of an Order granting Dechert LLP's Application for Discovery for Use in a Foreign Proceeding; and the Court having considered the submissions of the parties and any argument of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the Application of Dechert LLP for Discovery for Use in a Foreign Proceeding in the above-captioned proceeding is GRANTED.

**IT IS HEREBY ORDERED** Dechert may seek the requested discovery from Danny Fortson and may serve Mr. Fortson with the subpoena attached as Exhibit B to the Declaration of Benjamin Rosenberg, Esq., and to enforce such discovery consistent with Rule 45 of the Federal Rules of Civil Procedure and other applicable law.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____